UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| M.Y., ET AL., )<br>        PLAINTIFFS )<br>)<br>v. )<br>)<br>DANLY, INC., ET AL., )<br>        DEFENDANTS ) | | CIVIL NO. 09-108-P-H |
| COLONY INSURANCE COMPANY, )<br>        PLAINTIFF )<br>)<br>v. )<br>)<br>DANLY, INC., ET AL., )<br>        DEFENDANTS )<br>)<br>and )<br>)<br>BABAK YAZDANI, ET AL., )<br>        PARTIES-IN-INTEREST ) | | CIVIL NO. 10-308-P-H |

**ORDER APPROVING SETTLEMENT OF MINORS' CLAIMS**

On February 21, 2011, the parties filed an Unopposed Motion for Approval of Settlement on Behalf of Minor Plaintiffs and Request to Dispense with Hearing. In accordance with 14 M.R.S.A. § 1605 and Local Rule 41.2, I have carefully reviewed the Unopposed Motion; the settlement agreement; the terms of the annuities that the settlement will fund for the minors; the contingent fee agreement; declarations documenting the litigation expenses; and the attorneys' records describing the litigation-related tasks performed, their standard hourly rate, and the dates and hours worked. I am familiar with

the underlying facts of the case, as well as the amount and the quality of work of counsel.  Following the principles set forth in <u>Holbrook v. Andersen Corp.</u>, 756 F. Supp. 34 (D. Me. 1991), approved by the Maine Law Court in <u>Corey v. Corey</u>, 803 A.2d 1014 (Me. 2002), I have determined that the settlement is "fair, reasonable and in the best interests of the minor[s]." <u>Holbrook</u>, 756 F. Supp. at 38.  I also approve as reasonable the requested attorney fees.

Accordingly, it is hereby **ORDERED** that the Unopposed Motion for Approval of Settlement on Behalf of Minor Plaintiffs and Request to Dispense with Hearing is **GRANTED**.

**SO ORDERED.**

**DATED THIS 1ST DAY OF MARCH, 2011**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**